**IT IS HEREBY ADJUDGED and DECREED that the below described is SO ORDERED.**

**Dated: April 16, 2026.**

_____
**MICHAEL M. PARKER**
**CHIEF UNITED STATES BANKRUPTCY JUDGE**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| ARDETTE PARTIS, | § | CASE NO. 26-60336-MMP |
| | § | |
| DEBTOR. | § | CHAPTER 7 |

ORDER TO APPEAR AND SHOW CAUSE

The Court considered the Debtor's *Pro Se Filing Questionnaire* (ECF No. 6) and the docket in the above-captioned case and determined the Debtor filed the case under Chapter 7 *pro se* but paid a bankruptcy petition preparer for help. The *Questionnaire* states that the Debtor obtained assistance from Trey Williams of Pro Self Solution or Prosonus Solutions in filing the bankruptcy petition or completing forms and that the Debtor paid $550 to Mr. Williams. The Court finds that a show cause hearing should be held to determine what assistance the Debtor obtained in the preparation of the bankruptcy petition from Mr. Williams in exchange for $550. It is, therefore,

ORDERED that the above-captioned Debtor appear before this Court on **WEDNESDAY,**

**MAY 13, 2026 AT 9:30 A.M.** in the United States Bankruptcy Court for the Western District of Texas, United States Courthouse, 800 Franklin Avenue, Waco, Texas, and disclose what assistance Trey Williams provided the Debtor in filing the bankruptcy petition or completing forms in exchange for $550.  It is further

**ORDERED** that the above-referenced bankruptcy petition preparer, Mr. Trey Williams, and a representative of Pro Self Solution or Prosonus Solutions appear before this Court on **WEDNESDAY, MAY 13, 2026 AT 9:30 A.M.** in the United States Bankruptcy Court for the Western District of Texas, United States Courthouse, 800 Franklin Avenue, Waco, Texas, and disclose what assistance they provided the Debtor in filing the bankruptcy petition or completing forms in exchange for $550.  It is further

**ORDERED** the Clerk of the Court shall provide notice of this Order to Mr. Trey Williams and Pro Self Solution or Prosonus Solutions at 2626 S. Loop West, Houston, Texas 77054 and service@prosonussolutions.org.

# # #